**Order entered July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00177-CV

### EX PARTE JOHN CLOUD

**On Appeal from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. X-13-1239-P**

## ORDER

Because a copy of the appellate record was mailed to appellant, a pro se inmate, on July 9, 2014, we **DENY** as moot his July 15, 2014 motion for set of records and related information.

/s/    ELIZABETH LANG-MIERS
       JUSTICE